BOBBY MASSENBERG *v.* STATE OF MARYLAND

[No. 11, September Term, 1979.]

*Decided September 13, 1979.*

(Opinion unreported, filed December 27, 1978).

The cause was argued before MURPHY, C. J., and SMITH, DIGGES, ELDRIDGE, ORTH, COLE and DAVIDSON, JJ.

*Thomas J. Saunders, Assistant Public Defender,* for appellant.

*Valerie A. Leonhart, Assistant Attorney General,* for appellee.

O R D E R

The petition for writ of certiorari having been granted and heard, it is, this 13th day of September, 1979,

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, petition having been improvidently granted.